UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**  <br><br>  v.  <br><br> **DAVID OTH,**  <br>           Defendant. | No. 21-MJ-1044 |

### NOTICE OF APPEARANCE

Kindly enter the appearance of David R. Yannetti as the attorney of record on behalf of the defendant, David Oth.

Dated: March 2, 2021

Respectfully submitted,
DAVID OTH
By and through his attorney,

*/s/ David R. Yannetti*
David R. Yannetti, BBO#555713
44 School Street, #1000A
Boston, Massachusetts 02108
Tel.:   (617) 930-5359
Fax:   (781) 593-3275
law@davidyannetti.com

### Certificate of Service

I, David R. Yannetti, hereby certify that on this the 2nd day of March, 2021, I caused a true copy of the foregoing motion to be served upon all necessary parties to this matter by virtue of electronically filing the same via the CM/ECF system.

*/s/ David R. Yannetti*
David R. Yannetti